IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **GERALD CARROLL, et al.** § | | **PLAINTIFFS** |
| § | | |
| § | | |
| **v.** § | | **Civil No. 1:04cv3-HSO-JCG** |
| § | | |
| § | | |
| **FORT JAMES CORPORATION** § | | **DEFENDANT** |

## FINAL JUDGMENT OF DISMISSAL

This matter came on to be heard on Defendant's Motion [154] for Summary Judgment. The Court, after a full review and consideration of the pleadings on file, the record as a whole, and relevant legal authority, finds that in accord with its Order entered this date and the Court's prior Orders [34], [67],[1] [124], [153],

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED**.

**SO ORDERED AND ADJUDGED**, this the 14th day of January, 2021.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

---

[1] *See Carroll v. Fort James Corp.*, 470 F.3d 1171, 1174 (5th Cir. 2006) (affirming in part to the extent the Court dismissed Plaintiffs' fraud claim).